**STATE of Missouri, Respondent,**

v.

**Larry HOWARD, Appellant.**

**No. ED 88224.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 1, 2008.

Edward S. Thompson, Assistant Public Defender, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before PATRICIA L. COHEN, C.J., NANNETTE A. BAKER, J., and KURT S. ODENWALD, J.

### *ORDER*

PER CURIAM.

Larry Howard (Defendant) appeals from the judgment of the Circuit Court of the City of St. Louis entered upon his conviction for trafficking in the second degree, a class A felony. The trial court sentenced Defendant as a prior and persistent offender to thirteen years of imprisonment. We affirm.

We have reviewed the briefs of the parties and the record on appeal and no error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm pursuant to Rule 30.25(b).

■

**STATE of Missouri, Respondent**

v.

**Michael WALTON, Appellant.**

**No. WD 67844.**

Missouri Court of Appeals,
Western District.

April 8, 2008.

Appeal from the Circuit Court of Boone County, Clifford Eugene Hamilton Jr, Judge.

Nancy McKerrow, Columbia, MO, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before HARDWICK, P.J., SMART and WELSH, JJ.

#### ORDER

Michael Walton challenges the sufficiency of the evidence to support his conviction for first-degree child endangerment, Section 568.045, RSMo 2000. The judgment is affirmed. **Rule 30.25(b).**